```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

DANIEL KEITH BATES                                      PETITIONER

VS.                                 CIVIL ACTION NO. 1:04cv808-DCB
                                      CRIMINAL NO. 1:02cr36-DCB

UNITED STATES OF AMERICA                                RESPONDENT

## ORDER

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the plaintiff's motion, the Court finds that a response to the motion by the government is required.  Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 1:02cr36, within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 30th day of November, 2005.

                                    <u>S/DAVID BRAMLETTE          </u>
                                    UNITED STATES DISTRICT JUDGE