IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL KEITH BATES                                              PETITIONER

VS.                                         CIVIL ACTION NO. 1:04cv808-DCB
                                            CRIMINAL NO. 1:02cr36-DCB

UNITED STATES OF AMERICA                                        RESPONDENT

## FINAL JUDGMENT

This matter came before the Court on the petitioner's motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 [**docket entry 1** in civil action 1:04cv808, and **docket entry 86** in criminal action 1:02cr36], and the Court denied the motion in a Memorandum Opinion and Order.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 10th day of February, 2006.

                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE